IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HAL K. WALDMAN, et al.,

    Plaintiffs,

v.                                      CIVIL NO. 98-2346 (RLA)

RESTAURANT ASSOCIATES OF
P.R. INC., et al.,

    Defendants.

### MINUTES OF SETTLEMENT CONFERENCE HELD ON AUGUST 27, 1999

At the SETTLEMENT CONFERENCE held on August 27, 1999 from 10:15 a.m. until 12:15 p.m. plaintiffs appeared through JEFFREY WILLIAMS, ESQ. and PETER W. MILLER, ESQ. The Hotel-related entities were represented by JAMES A. TORO-SINTES, ESQ. and codefendant MIAMI METAL PRODUCTS, INC. d/b/a POMPEI FURNITURE INDUSTRIES by ELBA M. BAEZ, ESQ.

After extended negotiations the parties agreed to settle this action for the total amount of **$152,500.00** to be paid as follows:

    Hotel-related defendants    - $75,000.00

    MIAMI METAL PRODUCTS, INC.    - $77,500.00

The settlement stipulation shall be filed **on or before September 1, 1999.**

IT IS SO ORDERED.

San Juan, Puerto Rico, this 31 day of August, 1999.

                        RAYMOND L. ACOSTA
                        United States District Judge

