IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HAL K. WALDMAN, et al.,

    Plaintiffs,

v.                                              CIVIL NO. 98-2346 (RLA)

RESTAURANT ASSOCIATES OF
P.R. INC., et al.,

    Defendants.

### ORDER APPROVING MINOR'S SETTLEMENT AWARD AND FOR PLAINTIFFS TO SUBMIT INVESTMENT PROPOSAL

The parties have agreed to settle this action for the total sum of **$152,500.00**. MR. & MRS. WALDMAN have submitted an Unsworn Statement Under Penalty of Perjury justifying the settlement award and advising that they waive all compensation in these proceeding in favor of their minor daughter KELLY WALDMAN.

The Court, having carefully reviewed the documents in the record as well as the arguments presented by plaintiffs hereby finds that the amount of **$152,500.00** as settlement award for minor plaintiff KELLY WALDMAN in these proceedings is reasonable and in the minor's best interest based on the particular facts surrounding her claim.

Based on the foregoing, the Settlement Stipulation, filed by the parties on September 1, 1999 is hereby **APPROVED**. Judgment shall be entered accordingly.



AO 72
(Rev 8/82)

CIVIL NO. 98-2346 (RLA)                                              Page 2

It is ORDERED that the minor's award, less attorneys fee, shall be invested with a financial institution in an account for her sole use and benefit in long-term investments guaranteed by the full faith and credit of the United States of America, subject to the approval of this Court, until she reaches age 18. In the event that the invested funds or any portion thereof be required to be withdrawn for an emergency application for withdrawal shall be made to a Court of competent jurisdiction in the minor's place of domicile.

Plaintiffs shall submit for the Court's consideration a proposal which meets the aforementioned criteria **on or before September 30, 1999.**

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 7th day of September, 1999.

RAYMOND L. ACOSTA
United States District Judge