IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HAL K. WALDMAN, et al.,

    Plaintiffs,

v.                            CIVIL NO. 98-2346 (RLA)

RESTAURANT ASSOCIATES OF
P.R. INC., et al.,

    Defendants.

## JUDGMENT APPROVING STIPULATION

The Settlement Stipulation, filed by the parties on September 1, 1999 is hereby **APPROVED**. Accordingly, it is hereby ORDERED AND ADJUDGED that the parties shall be bound by the terms and conditions of their stipulation which are incorporated herein in *extenso*.

It is further ORDERED AND ADJUDGED that the $152,500.00 settlement award shall be paid by the defendants as follows:

    MIAMI METAL PRODUCTS, INC.      -     $77,500.00

    RESTAURANT ASSOCIATES OF P.R. &   -     $75,000.00
    its insurer UNIVERSAL INSURANCE CO.
    on behalf of all hotel defendants

It is further ORDERED AND ADJUDGED that payment of the settlement award shall be made by check payable to: HAL & DIANE WALDMAN for the benefit of KELLY WALDMAN & JEFFREY WILLIAMS, ESQ.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 7th day of September, 1999.

                                          RAYMOND L. ACOSTA
                                          United States District Judge